**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| Damon's Restaurants, Inc. | : |
| | : Judge Marbley |
| Plaintiff | : |
| | : Magistrate Judge Abel |
| vs. | : |
| | : Case No. 2:05-cv-00443 |
| Metropolitan Restaurant Group, Inc. | : |
| | : |
| Defendant | : |

### AGREED JUDGMENT ENTRY

Upon agreement of the parties, the court hereby enters judgment in this matter as follows:

A. Plaintiff Damon's Restaurants, Inc. ("Damon's") properly terminated the Franchise Development Agreement ("Agreement") dated March 29, 2002 between Damon's and Defendant Metropolitan Restaurant Group, Inc. ("Metropolitan"). The Agreement includes any and all addendums and amendments thereto.

B. Such Agreement terminated on December 26, 2004.

C. Damon's is entitled to retain the $100,000 in Development Fees paid by Metropolitan.

D. Metropolitan has no further rights under the Franchise Development Agreement or in the development territory.

IT IS SO ORDERED.

Judge Marbley
Magistrate Judge Abel

AGREED:

s/ R. Michael Clark
R. Michael Clark (0059722)
Counsel for Plaintiff

s/ Daniel R. Mordarski
Daniel R. Mordarski (0063228)
Counsel for Defendant